# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Farm Boy Co-op and Feed Co., LLC, a
Minnesota limited liability company,

        Plaintiff,                        Civil No. 09-2936 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Red River Clothing, Inc., a Texas
Corporation,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 23, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge